**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2342**

———————

ELLEN SUE GREENE,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Thomas E. Rogers, III, Magistrate Judge.  (CA-01-2236-4-25BH)

———————

Submitted:  April 29, 2005              Decided:  May 16, 2005

———————

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wm. Gary White, III, Columbia, South Carolina, for Appellant. Jonathan S. Gasser, Acting United States Attorney, Frances C. Trapp, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellen Sue Greene appeals the magistrate judge's[*] order dismissing her civil action against the United States of America for lack of jurisdiction. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Greene v. United States, No. CA-01-2236-4-25BH (D.S.C. Sept. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(b) (2000).